IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JAMES MICHAEL MOORE, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV 06-226-S-MHW |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| KEN BENNETT, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The parties have consented to a United States Magistrate Judge exercising jurisdiction in this case, in accordance with 28 U.S.C. § 636(c).  (Docket No. 9.)

Accordingly, based upon this Court's Memorandum Decision and Order filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action is DISMISSED with prejudice.

DATED:  **May 30, 2007**

_____
Honorable Mikel H. Williams
United States Magistrate Judge

**JUDGMENT - 1**